THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Laurie Ray Bowman, Appellant.
 
 
 

Appeal From Laurens County
 Wyatt T. Saunders, Jr, Circuit Court Judge
Unpublished Opinion No. 2007-UP-309
Submitted June 1, 2007  Filed June 11, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission on Indigent Defense, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Office of the Attorney General, all of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Laurie Ray Bowman appeals his guilty plea and sentence for voluntary manslaughter.  Bowman was sentenced to seventeen years imprisonment.  Bowman argues he was unable to knowingly and intelligently waive his constitutional rights because the trial court failed to comply with Boykin v. Alabama, 395 U.S. 238 (1969).  Bowman has not filed a separate pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Bowmans appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.